UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALDECK SYLVESTRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.  14-cv-03740-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF Nos. 7, 16 |

　　　　Before the Court is Defendant Wells Fargo Bank's Motion to Dismiss.  ECF No. 7. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the matter is suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for October 9, 2014, is hereby VACATED.

　　　　**IT IS SO ORDERED**.

Dated:  September 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge